# Court of Appeals
# of the State of Georgia

ATLANTA, September 11, 2014

*The Court of Appeals hereby passes the following order:*

## A15A0110. LORINDA T. WALKER v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

This case originated as a dispossessory proceeding in magistrate court. After the magistrate court issued a writ of possession in favor of the plaintiff, Lorinda T. Walker appealed to superior court.[1] The superior court also found in favor of the plaintiff, and Walker filed this direct appeal. We, however, lack jurisdiction.

Because the order at issue concerns a de novo appeal from a magistrate court decision, Walker was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Her failure to do so deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.

---

[1] Although Walker, who is pro se, purported to file a quiet title action in superior court, in substance she sought to challenge the dispossessory ruling. Because substance controls over nomenclature, the superior court treated Walker's pleading as seeking de novo review of the magistrate court's order. See, e. g., *Coffman Grading Co., Inc. v. Forsyth County*, 303 Ga. App. 836, 839 (1) (695 SE2d 310) (2010) (in construing pleadings, courts look to the substance of the pleadings).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 09/11/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*